UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

VANESSA DE LA TORRE,

　　　　　　Plaintiff,

　　　v.

KILOLO KIJAKAZI, et al.,

　　　　　　Defendants.

Case No.  23-cv-02267-RMI

**JUDGMENT**

On July 30, 2024, the court entered an order on the Parties' cross motions for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the court hereby **ENTERS** judgment in accordance with that order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: July 30, 2024

ROBERT M. ILLMAN
United States Magistrate Judge